LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL
SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785

Robert T. Sullivan/Bar No. 022719
Jessica J. Kokal/Bar No. 029042
Email: jjk@bowwlaw.com
Minute Entries/Orders to: cjg@bowwlaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## DIVISION ONE

| | |
|---|---|
| Casitas Del Sol Condominium Owners Association, an Arizona corporation;<br><br>Plaintiff,<br><br>v.<br><br>State Farm Fire and Casualty Company, an Illinois Corporation; John and Jane Does, I-X; XYZ Partnerships, I-X; ABC Corporations, I-X,<br><br>Defendant. | Case No.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION** |

**TO:   Clerk of the United States District Court for the District of Arizona:**

Please take notice that Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes to this Court the state court action described below:

1. Petitioner is a defendant in a civil action commenced and now pending in the Superior Court in Maricopa County, Arizona, entitled *Casitas Del Sol Condominium Owners Association vs. State Farm Fire and Casualty Company, a foreign corporation,*

Case No. CV2022-004452. A copy of the Complaint in this action is attached hereto as Exhibit "A" and incorporated herein by this reference.

2.Within 30 days of this Notice of Removal of Action, Defendant received a copy of the Summons and Complaint served upon it through the State of Arizona Department of Insurance.

3.This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4.Defendant State Farm is a corporation incorporated in the State of Illinois with its principal place of business in the State of Illinois.

5.Plaintiffs are individuals.

6.Jurisdiction is proper pursuant to 28 U.S.C. § 1332 in that diversity of citizenship exists for the purposes of establishing federal jurisdiction.

7.Plaintiffs assert claims for insurance bad faith and breach of contract, and pray for an award of punitive damages.

8.Defendant certifies that notice of this Removal has been filed with the Clerk of the Superior Court of the State of Arizona, Maricopa County, as provided in 28 U.S.C. § 1446(d).

9.True copies of all process, pleadings and orders which have been served or filed in this case are attached hereto and filed herewith.

10.The undersigned has read this Notice of Removal and, to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law.  The undersigned also certifies that this Notice of Removal is not presented for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

- 2 -

P:\Notice of Removal Federal Court - SF adv. Casitas.docx

1 | RESPECTFULLY SUBMITTED this 25th day of April, 2022.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ Jessica T. Kokal
    Robert T. Sullivan
    Jessica J. Kokal
    Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

A courtesy copy with a copy of the Notice of Electronic filing was also emailed/mailed on this same date at the following address:

Douglas F. Dieker
Dieker Copple, PLLC
14256 North Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
douglas@diekercopplelaw.com

By /s/ Amy Ebanks

- 3 -

P:\Notice of Removal Federal Court - SF adv. Casitas.docx